**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DANNY MARTINEZ, ID # 1080955,**   )  | |
| Petitioner,   ) | |
| vs.   ) | No. 3:07-CV-0619-M |
| ) | ECF |
| **NATHANIEL QUARTERMAN, Director,**  ) | |
| **Texas Department of Criminal**   ) | |
| **Justice, Correctional Institutions Division,**  ) | |
| Respondent.   ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated January 20, 2009, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court further **DENIES** the Motion to Appoint Counsel.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 30th day of March, 2009.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**